SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Avenue, 2nd Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff,
SAM BENFORD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM BENFORD,<br><br>             Plaintiff,<br><br>     vs.<br><br>17010-17014 VERMONT AVENUE ENTERPRISES, LLC; and DOES 1 to 10,<br><br>             Defendants. | **Case No.: 2:22-cv-08974-JFW (KSx)**<br><br>DECLARATION OF LEAD TRIAL COUNSEL<br><br>Case Filed: December 12, 2022<br><br>Assigned to Hon. John F. Walter |

I, Jason J. Kim, declare:

1. I am the lead counsel of record for Plaintiff SAM BENFORD ("Plaintiff") in the above-captioned matter. I have personal knowledge of the facts set forth in this Declaration, and if called to testify, could and would testify as follows:

2. I am registered as an "CM/ECF User." My e-mail address of record is scalequalaccess@yahoo.com. I, along with the other attorneys in my firm, consent to service and receipt of filed documents by electronic means in this case.

3. I have read the Court's Standing Order and the Local Rules.

1. I declare under penalty of perjury of the law of the State of California and the United States of America that the foregoing is true and correct.

2. This Declaration is executed on this 22nd day of December, 2022, in Los Angeles, California.

SO. CAL. EQUAL ACCESS GROUP

By: */s/ Jason J. Kim*
Jason J. Kim, Esq.
Attorneys for Plaintiff